# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RAY WOODARD,<br><br>　　　　Petitioner,<br><br>　v.<br><br>M.A. SMELOSKY, Warden,<br><br>　　　　Respondent. | No. EDCV 08-1614-JST (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: 12·26·2011

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE